IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00280-BNB

TERRY W. WHITAKER,

Applicant,

v.

J. M. WILNER, Warden,

Respondent.



F I L E D
UNITED STATES DISTRICT COURT
COLORADO

MAR - 7 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AN AMENDED APPLICATION

---

Applicant, Terry W. Whitaker, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. Mr. Whitaker initiated the instant action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). He also filed a supporting brief. He paid the $5.00 filing fee.

The Court must construe the habeas corpus application liberally because Mr. Whitaker is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Whitaker will be ordered to file an amended application.

After a jury trial in June 2000, Mr. Whitaker was found guilty on one count of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). **See United States v. Whitaker**, No. 99-cr-00356-WYD (D. Colo. Mar. 17, 2000). On May

30, 2000, he was sentenced to 120 months of imprisonment. The judgment was entered on the docket on June 1, 2000.

Mr. Whitaker appealed directed to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit), which affirmed the district court's decision. *See **United States v. Whitaker**,* No. 00-1231, 2001 WL 363196 (10th Cir. Apr. 12, 2001), *cert. denied,* No. 01-5334 (Oct. 1, 2001).

On May 30, 2002, Mr. Whitaker filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (2006). On August 15, 2002, the Court entered an denying Mr. Whitaker's motion to vacate. Mr. Whitaker appealed to the Tenth Circuit, which on February 5, 2003, dismissed the appeal.

On February 8, 2008, Mr. Whitaker filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court has reviewed the application and finds that the application is deficient. Mr. Whitaker's application fails to comply with Rule 8 of the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); ***Browder v. Director, Dep't of Corrections***, 434 U.S. 257, 269 (1978); ***Ewing v. Rodgers***, 826 F.2d 967, 969-70 (10th Cir. 1987).

Pursuant to Fed. R. Civ. P. 8(a), a pleading "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(e)(1) provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity

2

by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Whitaker's habeas corpus application makes no sense. It is not clear whether or how he is attacking his federal conviction and sentence by asking that a debt he apparently owes be discharged and that he be released from custody. Neither the attachments to the application, the supporting brief, nor the additional documents Mr. Whitaker has filed succeeds in clarifying his claims. Therefore, Mr. Whitaker will be ordered to file an amended application that complies with the pleading requirements of Fed. R. Civ. P. 8. Accordingly, it is

ORDERED that Mr. Whitaker file **within thirty (30) days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that the amended application shall be titled "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Whitaker, together with a copy of this order, two copies of the Court-approved form to use in filing the amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Whitaker fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice. It is

FURTHER ORDERED that the motion for an injunction that Mr. Whitaker filed with the Court on February 8, 2008, is denied because the Court is unable to determine the relief he seeks.

DATED March 7, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00280-BNB

Terry W. Whitaker
Reg. No. 29176-013
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 2/7/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk